83,012-01

WRIT NO: WR-83,012-01

RICARDO SANCHEZ MANCILLAS          §
          Relator,

VS,                                §    IN THE COURT OF CRIMINAL APPEALS
                                        OF THE STATE OF TEXAS

                                        RECEIVED IN
                                        COURT OF CRIMINAL APPEALS

SID HARLE                          §
       Respondent,                 §    MAR 31 2015
                                   §

RULE 2. TEXAS RULES OF APPELLATE PROCEDURE, RELATOR MOTION
FOR SUSPENSION WITH AFFIDAVIT IN SUPPORT:

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

     Comes now, RICARDO SANCHEZ MANCILLAS, Relator-Undersigned, and
file this his motion for Suspension with Affidavit in support, in
the said above caption, and will show the Court the followings;

I.
JURISDICTIONS:

     Pursuant to; Rule 2. of the Texas Rules of Appellate Procedure,
and Article 5, Section 5, of the Texas Constitution, this Court has
jurisdiction for suspending another principle upon the showing of
cause;

II.
PARTIES:

     Relator; Mancillas, (sentence to 17-years by a grand-jury) for
Robbery charge (enhanced) in cause number;2012-CR-00838, is an State
inmate currently incarcerated in the Texas Department of Criminal
Justice Institution; Dalhart Unit (TDC).

     Respondent; Harle, (Honorable judge) is located at; 226TH Judic-
ial District Court, of Bexar County, Texas.

III.
FACTS, AND PROCEDURAL HISTORY:

     On February 05,2015, in the 226TH Judicial District Court, of
Bexar County Texas, the assistance Criminal District Attorney; Jay
Brandon, filed a state response to application for writ habeas corpus,

*(Relator Motion to Suspend)*

which fail to notify the relator; Mancillas, of the lack "verifi-
cation."

On March 11,2015, Respondent; Harle, then filed an "Order"
to dismiss relator; Mancillas, Application for writ of Habeas Cor-
pus, for want "verification."

On March 16,2015, The Court of Criminal Appeals Clerk; Abel
Acosta, received relator; Mancillas, Application for writ of Habeas
Corpus, with-out proper notice to Amend the "verification" to the
lower Courts.

IV.

SHOWING OF CAUSE FOR SUSPENSION:

To avoid filing a second Application, writ of Habeas Corpus to
the lower Court of Bexar County Texas, relator; Mancillas, is
exercising due diligence with this Court under; Rule 2. of the Texas
Rules of Appellate Procedure, to suspend; Rule 9.3(b), of the Texas
Rules of Appellate Procedure, inorder to file "one" original Amended
Application, for writ of Habeas Corpus "verificaton" with motion to
leave.

On the other hand. Relator; Mancillas, attach to this pleading,
his declaration inorder to prove cause. Relator; Mancillas, also
apologize to this Court of the TDC official's prohibiting inmate's
to have access to the printer, which is beyond my control.

V.

PRAYER:

THEREFORE: Relator; Mancillas, prays the Court to grant his
motion to suspend RULE 9.3(b), of the Texas Rules of Appellate Pro-
cedure,.                              Respectfully submitted,


*Ricardo Sanchez Mancillas*
MR. RICARDO SANCHEZ MANCILLAS
TDC NO# 1819352
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

*(Relator Motion for Suspend)*

## VI.

### CERTIFICATE OF SERVICE:

I, hereby certify that, a true copy of the foregoing; relator; Mancillas, motion to suspend with Affidavit in support, has been sent to the following addresses; Bexar County Texas, District Clerk; Donna Kay McKinney, at; 101 W. Nueva, Suite 217, San Antonio, Tx 78205/District Attorney; Nicholas Lahood, at; Paul Elizondo Tower, 101 W. Nueva, San Antonio, Tx 78205/ Court of Criminal Appeals Clerk Abel Acosta, P.O.BOX 12308, Capitol Station, Austin, Tx 78711.

Executed date; March 25,2015

Respectfully submitted,

*Ricardo Sanchez Mancillas*

MR. RICARDO SANCHEZ MANCILLAS
TDC NO# 1819352
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

RICARDO SANCHEZ MANCILLAS            §
          Relator,

VS,                                  §        IN THE COURT OF CRIMINAL APPEALS

                                              OF THE STATE OF TEXAS

SID HARLE                            §
          Respondent,

                                     §

## ORDER:

On this day came to be heard, the foregoing relator; Mancillas, motion to suspend with Affidavit in support, and it appears to this Court that, it has merits.

IT IS THEREFORE ORDERED: that the Rule 2. of the Texas Rules of Appellate Procedure, is granted to Supend Rule 9.3(b), of the Texas Rules of Appellate Procedure, inorder to file one original Amended writ of Habeas Corpus Application for want "verification."

IT IS THEREFORE FURTHER ORDERED: that the clerk of this Court shall notify to all parties of this ruling being granted.

SIGNED on this the _____ day of _____, 2015.

_____
PRESIDING JUDGE

*(Relator motion to Suspend)*

RELATOR: MANCILLAS, AFFIDAVIT IN SUPPORT

FOR SUSPENSION:

IN THE STATE OF TEXAS                    §

COUNTY OF HARTLEY                         §        WRIT NO# <u>WR-83,-012-01</u>

                                         <u>§</u>

## AFFIDAVIT:

   BE IT ACKNOWLEDGED that I, RICARDO SANCHEZ MANCILLAS, the undersigned affiant, being of legal age, sound of mind, and able to make this affidavit, do hereby say under oath the followings;

1), I am incarcerated in the Texas Department of Criminal Justice Institution; Dalhart Unit, of Hartley County Texas;

2), TDC official's at the Dalhart Unit Law Library, will not allow me to make copies of my legal documents;

3), I am a lay-man at law, as I need time to prepare the Amended writ of Habeas Corpus Application with "verification:"

4), The Bexar County Texas, assistance District Attorney; Jay Brandon, did not notify me of the lack "verification" in the writ of Habeas Corpus Application on February 05,2015;

5), On March 11,2015, justice; Sid Harle, did not give me time to correct the "verification:"

## DECLARATION:

I, declare under the Penalty of Perjury, that the said above fore-going is true and correct to the best of my knowledge, as this affi-davit is freely made, presented to; <u>V.T.C.A. TEX, CIV, PROC, REM,</u> <u>CODE §§ 132.003 and 132.001,</u> and <u>28,U.S.C§ 1746.</u>

        Executed date; March 25,2015

                              Affiant; *Ricardo Sanchez Mancillas*
                              MR. RICARDO SANCHEZ MANCILLAS
                              TDC NO# 1819352
                              DALHART UNIT
                              11950 FM 998
                              DALHART, TEXAS 79022


*(Relator Motion to Suspend)*
                         Page 5 of 5,